FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 AUG 10 AM 11:29

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHARLES TOOMER, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-057
)
SAVANNAH ROSE OF SHARON, LLC, )
)
    Defendant. )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

On July 31, 2012, Plaintiff filed a Motion to Continue or in the Alternative to Stay. (Doc. 9.) In the motion, Plaintiff states that he has been unable to submit any objections to the report and recommendation because of both the poor health and a fire accident at his apartment leaving him homeless. (Id. at 3.) He requests that the case either be continued for an unspecified length of time or that the case be stayed. (Id.)

While the Court is sympathetic to Plaintiff's situation, it cannot grant Plaintiff another lengthy extension in this case. Plaintiff's objections were originally due on April 3, 2012. (Doc. 4.) At his request, this Court granted Plaintiff a ninety-day extension to file his objections. In short, Plaintiff has had over five months to respond to the report and recommendation. Given his failure to submit any objections during that lengthy period of time, the Court fails to see how any additional extensions would end with a different result. Accordingly, Plaintiff's motion is **DENIED**.

SO ORDERED this 10th day of August 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA